UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

William Santacrose and Robert Gregor,

        Plaintiffs,

vs.                                Case No.  3:06-cv-461-J-25MCR

CSX Transportation, Inc.,

        Defendant.

_____

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Notice of Substitution and

Appearance of Associate Counsel (Doc. 20) filed January 26, 2007.  In the Notice,

counsel for Defendant notifies the Court that Jennifer A. Honaker, an associate of the

law firm representing Defendant, Moseley, Prichard, Parrish, Knight & Jones, is leaving

the law firm and requests that the Clerk of the Court remove Ms. Honaker as counsel of

record for Defendant in this action.  Further, counsel for Defendant asks the Clerk to

note the appearance of Caroline M. Klancke, on behalf of Defendant.

     Local Rule 2.03(b), United States District Court, Middle District of Florida (Local

Rules), provides as follows:

> No attorney, having made a general appearance[,] . . . shall
> thereafter abandon the case or proceeding in which the
> appearance was made, or withdraw as counsel for any party
> therein, except by written leave of Court obtained after giving
> ten (10) days' notice to the party or client affected thereby,
> and to opposing counsel.

Clearly, the Notice seeks to obtain the withdrawal of Ms. Honaker from this case, however, the Notice does not comply with Local Rule 2.03(b).  Moreover, this request should have been brought in the form of a motion.  <u>See</u> Rule 7(b), Federal Rules of Civil Procedure.

Accordingly, it is hereby

**ORDERED**:

1.     Defendant's Notice of Substitution and Appearance of Associate Counsel (Doc. 20) is **STRICKEN**, without prejudice to filing the appropriate motion in compliance with the Local Rules.

2.     The Clerk of the Court is directed to remove the Notice from the official court record.


**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  31st  day of January, 2007.

_Monte C. Richardson_

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record